**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Action No.  20-cr-00315-CMA-GPG-03

UNITED STATES OF AMERICA,

 Plaintiff,

v.

JONAS NAJAR,

 Defendant.

---

**ORDER ADOPTING AND AFFIRMING MARCH 17, 2021 RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

---

  This matter is before the Court on the Recommendation of Magistrate Judge Gallagher (Doc. #34). The Court notes that pursuant to the terms of the written plea agreement, Defendant entered a plea of guilty to Count Seven of the Indictment which charging a violation of 18 U.S.C. § 922(g), possession of a firearm by a prohibited person.  The Court also notes that Defendant consented to Magistrate Judge Gallagher advising him with regard to his Constitutional rights and his rights pursuant to Rule 11 of the Federal Rules of Criminal Procedure. Magistrate Judge Gallagher conducted the Rule 11 hearing on March 17, 2021, at which time he appropriately advised the Defendant of his rights and made inquiry as to the Defendant's understanding of the charges, the terms of the plea agreement, the voluntariness of his plea, and of the consequences of pleading guilty. Based on that hearing Magistrate Judge Gallagher

recommended that the District Court Judge accept Defendant's plea of guilty to Count Seven of the Indictment.

Neither the Defendant nor the Government has filed any objections to the Magistrate Judge's Recommendation; therefore, it is ORDERED THAT:

1. Court Exhibits 1 and 2 are accepted and admitted.

2. The plea as made in open court on March 17, 2021 is accepted and the Defendant is adjudged guilty of violation of 18 U.S.C. § 922(g), possession of a firearm by a prohibited person.

DATED: March 31, 2021

                BY THE COURT:

                _____
                CHRISTINE M. ARGUELLO
                United States District Judge